UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BARTON PRINCE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Cause No. 4:15-CV-01700-HEA |
| | ) |
| MARK BRADSHAW, et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FRCP Rule 41(a)(1)(A)(ii) Plaintiff and Defendants stipulate to dismissal of this case, and all parties, and all claims asserted therein with prejudice, and each party shall bear their own costs and expenses incurred in the prosecution and/or defense of this matter.

Respectfully submitted,

*/s/ Timothy O'Leary*
Timothy O'Leary, #44941MO
Sandberg Phoenix & von Gontard P.C.
600 Washington Ave - 15th floor
St. Louis, MO 63101
(314) 231-3332
(314) 241-7604 (fax)
toleary@sandbergphoenix.com
*Attorney for Plaintiff Barton Prince*


*/s/ J. Thaddeus Eckenrode*
J. Thaddeus Eckenrode MoBar #31080
Eckenrode-Maupin, Attorneys at Law
11477 Olde Cabin Rd., Ste. 110
St. Louis, MO 63141
(314) 726-6670 (Telephone)
(314) 726-2106 (Fax)
jte@eckenrode-law.com
*Attorney for Defendants*

1

9617171.v1

2

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and accurate copy of the foregoing was served on all parties of record by the Court's electronic filing system on this __1___ day of June, 2018 to the following:

                        _____/s/ Timothy O'Leary____